IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BOTHNE, | No. C-07-03711 (EDL) |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE** |
| v. | |
| SOCIAL SECURITY COMMISSIONER, | |
| Defendant. | |

On February 28, 2008, Defendant filed a motion to dismiss Plaintiff's complaint. The Procedural Order for social security review actions filed in this case sets forth a briefing schedule for summary judgment motions filed. That same briefing schedule shall apply to Defendant's motion to dismiss: Plaintiff shall serve and file any opposition or counter-motion within thirty days of service of Defendant's motion, and Defendant may serve and file a reply within fourteen days of service of Plaintiff's opposition. The matter will be deemed submitted for decision without oral argument unless the Court orders otherwise.

**IT IS SO ORDERED.**

Dated: March 17, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge