**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LINDA BOTHNE

    Plaintiff,

v.

SOCIAL SECURITY COMMISSIONER

    Defendant.

    /

Case No. 07-03711 EDL

JUDGMENT

This action came on for hearing before the court and the issues having been duly heard and the court having granted defendants' motion to dismiss, and Plaintiff having failed to amend her complaint as described in the Court's July 2, 2008 Order

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

    IT IS SO ORDERED.

Dated: July 2, 2008

                                                                        *Elizabeth D. Laporte*
                                                                  ELIZABETH D. LAPORTE
                                                                  United States Magistrate Judge

Judg.For

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

Judg.For